IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14 CV 298

| | | |
|---|---|---|
| ERIN K. MEISER, MARJORIE MICHELLE AVERY, and SONYA A. (TIPTON) LEONARD, on behalf of Themselves and all those similarly Situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| V | ) ) | **ORDER** |
| TAKATA CORPORATION; TK HOLDINGS, INC.; HIGHLAND INDUSTRIES, INC.; HONDA MOTOR CO., LTD.; and AMERICAN HONDA MOTOR CO., INC., | ) ) ) ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on Gary J. Rickner's Application for Admission to Practice *Pro Hac Vice* of Robert Timothy Morrison. It appearing that Robert Timothy Morrison is a member in good standing with the Georgia State Bar and will be appearing with Gary J. Rickner, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Gary J. Rickner's Application for Admission to Practice *Pro Hac Vice* (#9) of Robert Timothy Morrison is **GRANTED**, and that Robert Timothy Morrison is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Gary J. Rickner.

Signed: December 5, 2014

_____
Dennis L. Howell
United States Magistrate Judge