IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14cv298

| | |
|---|---|
| ERIN K. MEISER, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| TAKATA CORPORATIONS, et al., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pending before the Court is the Joint Motion to Stay [# 19].  The parties move to stay these proceedings pending resolution of the Motion to Transfer pursuant to 29 U.S.C. § 1407 filed with the Judicial Panel on Multidistrict Litigation.  Upon a review of the record, the parties' pleadings, and the relevant legal authority, the Court **GRANTS** the motion [# 19].  The Court **STAYS** these proceedings pending a ruling by the Judicial Panel on Multidistrict Litigation.  Upon a ruling by the Judicial Panel, either party may move to lift the stay.

Signed: December 18, 2014

Dennis L. Howell
United States Magistrate Judge